United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE WILKERSON, | No. C 12-03213 DMR |
| Plaintiff(s), | **ORDER VACATING MOTION HEARING** |
| v. | |
| SOCIAL SECURITY ADMINISTRATION, | |
| Defendant(s). | |

After reading and considering the arguments presented by the parties, the court finds the pending matter appropriate for resolution without a hearing. *See* N.D. Cal. Civ. L. R. 7–1(b). Accordingly, the court hereby VACATES the scheduled hearing date of August 9, 2012.

IT IS SO ORDERED.

Dated: July 20, 2012

_____
DONNA M. RYU
United States Magistrate Judge