**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                       UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10

11    MICHELLE WILKERSON,                    No. C 12-03213 DMR

12              Plaintiff(s),                **ORDER FILING PLAINTIFF'S**
                                             **SUBMISSIONS UNDER SEAL**
13         v.

14    SOCIAL SECURITY ADMINISTRATION,

15              Defendant(s).
      _____/
16

17         On July 25, 2012, the court received from Plaintiff a package containing various purportedly

18    evidentiary items (two articles of clothing and a stick of deodorant) and numerous documents.

19    Because the documents contain personal information, the court orders that they be filed under seal,

20    with unredacted copies served upon Defendants.  The court also orders the return of the evidentiary

21    items to Plaintiff, as they should not be filed with the court.

22

23         IT IS SO ORDERED.

24

25    Dated:  July 25, 2012

26                                           _____
                                             DONNA M. RYU
27                                           United States Magistrate Judge

28