UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE WILKERSON, | No. C 12-03213 DMR |
| Plaintiff(s), | **ORDER FILING PLAINTIFF'S SUBMISSIONS UNDER SEAL** |
| v. | |
| SOCIAL SECURITY ADMINISTRATION, | |
| Defendant(s). | |

On July 25, 2012, the court received from Plaintiff a package containing various purportedly evidentiary items (two articles of clothing and a stick of deodorant) and numerous documents. Because the documents contain personal information, the court orders that they be filed under seal, with unredacted copies served upon Defendants. The court also orders the return of the evidentiary items to Plaintiff, as they should not be filed with the court.

IT IS SO ORDERED.

Dated: July 25, 2012

DONNA M. RYU
United States Magistrate Judge